Exhibit 2

| US10653736B2 | 1000 mg Broad Spectrum CBD + Pain Relief Roll-On Gel ("Accused Product") |
|---|---|
| 1. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Pain Relief Roll-On Gel).<br><br>As shown below, the accused product is a Pain Relief Roll-On Gel formulation intended for topical application.<br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |
| an extract of *Cannabis sativa* or *Canna* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant). |

| | |
|---|---|
| *bis indica;* | As shown below, the accused product is a pain-relief Roll-On Gel formulation which contain 1000mg of CBD derived from the broad-spectrum hemp plant. Hemp is the common name for the Cannabis sativa.<br><br><br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |



https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg

https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862

| | |
|---|---|
| at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation, | The accused product contains at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 3.5% menthol as an active ingredient which is more than 0.1 wt % in the topical formulation.<br><br>ACTIVE INGREDIENT: BROAD SPECTRUM HEMP EXTRACT<br><br>Ingredients: Menthol USP 3.5%, Deionized filtered water, Organic Aloe Extract, Isopropyl Alcohol, ilex Paraguariensis Leaf Extract, Camphor Oil, Vitamin E Acetate, Carbomer, FD&C Blue #1. FD&C Yellow #5, Triethanolamine, Broad Spectrum Hemp<br><br>3 fl oz / 89ml<br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |
| wherein a concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation is greater than 2 | The accused product has concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation greater than 2 milligrams per kilogram.<br><br>As shown below, the accused product contains 1000 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 89 ml) |

| | |
|---|---|
| milligrams per kilogram, and | **ACTIVE INGREDIENT:** BROAD SPECTRUM HEMP EXTRACT<br><br>Ingredients: Menthol USP 3.5%, Deionized filtered water, Organic Aloe Extract, Isopropyl Alcohol, ilex Paraguariensis Leaf Extract, Camphor Oil, Vitamin E Acetate, Carbomer, FD&C Blue #1. FD&C Yellow #5, Triethanolamine, Broad Spectrum Hemp<br><br>3 fl oz / 89ml<br><br><br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |

| | |
|---|---|
| | **CBD PAIN RELIEF ROLL ON GEL - 1000MG**<br><br>Say goodbye to sore muscles and body pain with <u>our Hemp Extract CBD Pain Relief Roll on Gel for pain. Packed with 1000mg of broad-spectrum hemp extract,</u> this gel provides fast-acting and long-lasting relief for aching muscles and joints. The smooth, roll-on formula makes it easy to apply and absorb, without leaving a sticky or heavy residue on your skin.<br><br>Our CBD pain relief roll on gel creates a cool, tingling sensation that not only reduces inflammation but also provides effective pain relief. This makes it an ideal solution for anyone looking to quickly and comfortably return to their active lifestyle.<br><br>Easy to use, and even easier to carry - our roll-on bottle allows you to take it wherever you go and use it without getting the gel on your hands.<br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |
| wherein the topical formulation is obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil- | The topical formulation is obtained by dispersing the extract of Cannabis sativa or Cannabis indica in a water-in-oil emulsion or an oil-in-water emulsion. |

| | |
|---|---|
| in-water emulsion, a wax-in-oil base, or an oil-in-wax base. | **CBD PAIN RELIEF ROLL ON GEL - 1000MG**<br><br>Say goodbye to sore muscles and body pain with our Hemp Extract CBD Pain Relief Roll on Gel for pain. Packed with 1000mg of broad-spectrum hemp extract, this gel provides fast-acting and long-lasting relief for aching muscles and joints. The smooth, roll-on formula makes it easy to apply and absorb, without leaving a sticky or heavy residue on your skin.<br><br>Our CBD pain relief roll on gel creates a cool, tingling sensation that not only reduces inflammation but also provides effective pain relief. This makes it an ideal solution for anyone looking to quickly and comfortably return to their active lifestyle.<br><br>Easy to use, and even easier to carry - our roll-on bottle allows you to take it wherever you go and use it without getting the gel on your hands.<br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg<br><br>As shown below, the composition of the formulation contains oil as well as water and therefore it forms either water-in-oil emulsion or an oil-in-water emulsion.<br><br>*ACTIVE INGREDIENT:* BROAD SPECTRUM HEMP EXTRACT<br><br>Ingredients: Menthol USP 3.5%, Deionized filtered water, Organic Aloe Extract, Isopropyl Alcohol, ilex Paraguariensis Leaf Extract, Camphor Oil, Vitamin E Acetate, Carbomer, FD&C Blue #1. FD&C Yellow #5, Triethanolamine, Broad Spectrum Hemp<br><br>https://wellcarebotanicals.com/products/hemp-extract-pain-relief-roll-on-gel-1000mg |