# JOHN H. CHOI & ASSOCIATES LLC

### INTELLECTUAL PROPERTY LAW

65 CHALLENGER ROAD, SUITE 100

RIDGEFIELD PARK, NEW JERSEY 07660

201.580.6600

JCHOILAW.COM

JOHN H. CHOI
jchoi@jchoilaw.com

May 28, 2025

<u>*via ECF*</u>

Hon. Stacey D. Adams, U.S.M.J.
U.S. District Court - District of New Jersey
Martin Luther King Bldg. and U.S. Courthouse
50 Walnut Street, Courtroom PO 9
Newark, NJ 07102

   Re: **METRONOME LLC V. WELL CARE BOTANICALS LLC,**
      **Case No. 2:25-cv-01936-JXN-SDA**

Dear Judge Adams:

 We represent Defendant Well Care Botanicals LLC ("Defendant") in the above-referenced action and write to request a 30-day extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Metronome LLC ("Plaintiff").

 The current deadline to answer or otherwise respond to the Complaint is June 6, 2025. Defendant's previous request for a 30-day extension of time was granted by Your Honor on May 9, 2025. ECF No. 7. The parties are actively engaged in settlement discussions and require additional time for further discussions. The parties hope to reach an agreement and finalize settlement within the next few weeks. Plaintiff's counsel has consented to the extension.

 Therefore, Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended 30 days, up to and including **July 7, 2025**.

 Defendant thanks the Court for its attention to this matter.

Hon. Stacey D. Adams, U.S.M.J.
May 28, 2025
Page 2

                Respectfully submitted,

                */s/ John H. Choi*
                John H. Choi
                JOHN H. CHOI & ASSOCIATES LLC
                65 Challenger Road, Suite 100
                Ridgefield Park, NJ 07660
                Tel: (201) 580-6600
                Email: jchoi@jchoilaw.com

                *COUNSEL FOR PLAINTIFF WELL CARE BOTANICALS LLC*

cc:    Antranig Niaz Garibian, Esq., counsel for Plaintiff (via ECF and email – ag@garibianlaw.com)
       Isaac Rabicoff, Esq., counsel for Plaintiff (via email – isaac@rabilaw.com)
       Sid V. Pandit, Esq., counsel for Defendant (via email - svp@maierandmaier.com)

**SO ORDERED:**

_____
Hon. Stacey D. Adams, U.S.M.J.